UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRAIG H. SWISTOWICZ,

    Defendant.

JUDGE JOAN H. LEFKOW

MAGISTRATE JUDGE NOLAN

Case No.

[T. 18 U.S.C. § 242]

10 CR 670

FILED
AUG - 3 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about September 13, 2007, at Chicago, in the State and Northern District of Illinois,

**CRAIG H. SWISTOWICZ,**

acting under color of law as a police officer for the City of Chicago assigned to a federal High Intensity Drug Trafficking Area group, willfully subjected J.P. to the deprivation of the right secured and protected by the Constitution and laws of the United States not to be subjected to an unreasonable seizure, which includes the right to be free from the use of unreasonable force by a person acting under the color of law. The defendant did this by striking J.P., resulting in bodily injury to J..P.

All in violation of Title 18, United States Code, Section 242.

A TRUE BILL:

_____
FOREPERSON

Date: _____

_____
MEL S. JOHNSON
Special Attorney to the
United States Attorney General