UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                             Case No. 10-CR-670

CRAIG H. SWISTOWICZ,

        Defendant.

## SUMMARY OF THE CASE

The United States hereby submits the following summary of the case to be read to the jury:

On September 13, 2007, a federal drug task force conducted a drug bust at 7758 South Claremont in Chicago, Illinois. That location was an auto repair business called Atlas Towing. The defendant, Craig Swistowicz, who is a Chicago police officer, was a member of that drug task force. A number of people in the building were arrested including a man named Jose Parra.

The defendant took custody of Mr. Parra, who suffered injuries to his head while in the defendant's custody. The United States alleges that these injuries were the result of a series of blows to Mr. Parra's head by the defendant which were not reasonably required by any legitimate law enforcement purpose. The indictment charges that the defendant deprived Mr. Parra of his constitutional right to be free from the use of unreasonable force by a law enforcement officer.

The defendant has pleaded not guilty and denies the use of unreasonable force and denies causing Mr. Parra bodily injury through the use of unreasonable force during his seizure.

Dated this 13th day of October, 2010.

                          Respectfully submitted,

                          JAMES L. SANTELLE
                          United States Attorney


                          s/MEL S. JOHNSON
                          Mel S. Johnson Bar Number: 1017036
                          ELIZABETH M. BLACKWOOD
                          Elizabeth M. Blackwood Bar No. 01017831
                          Special Attorneys for the United States
                          Office of the United States Attorney
                          Eastern District of Wisconsin
                          517 East Wisconsin Avenue, Room 530
                          Milwaukee, Wisconsin 53202
                          Telephone: (414) 297-1700
                          Fax: (414) 297-1738